# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| **MAGISTRATE JUDGE:** Peggy Kuo | **DATE:** 5/23/2025 |
|---|---|
| **CLERK:** D. Wright | |
| **DOCKET #:** 24 CR 428(BMC) | **LOG TIME:** 11:15-11:23am |
| **DEFENDANTS NAME:** Jose Mercado | |

| **x** Present | ___ Not Present | ___ Custody | **x** Bail |
|---|---|---|---|

**DEFENSE COUNSEL:** Samuel Gregory on Behalf of CJA Morris Fodeman

| ___ Court Appointed | ___ Federal Defender | **x** CJA | ___ Retained |
|---|---|---|---|

**A.U.S.A:** Michael Castiglione

| **INTERPRETER:** | **LANGUAGE:** |
|---|---|

Defendant arraigned on the: ___ Complaint ___ Indictment ___ Superseding Indictment ___ Probation Violation

| ___ Defendant pleads NOT GUILTY to ALL counts. | ___ Defendants first appearance. |
|---|---|
| ___ Government Agent Sworn | ___ Rule 5f warnings given to the govt. |
| ___ DETENTION HEARING Held. | ___ BAIL HEARING Held. |

___ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____
___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for |
|---|---|
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| ___ Order of Excludable Delay/Speedy Trial entered. | Start Date: | End Date: |
|---|---|---|

| **Removal District:** | **Removal District Case Number:** |
|---|---|

___ Removal (Rule 5) Proceeding held.

| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
|---|---|
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.
___ Medical memo issued.
___ Defendant failed to appear; bench warrant issued.
___ Status conference set for _/_/2025_ @ _am_ before District Judge:

**Other Rulings:** Bond modification hearing held. The government and defense counsel consented to a bond modification to remove the location monitoring with home detention component of the bond. Pretrial services contested the bond modification as stated on the record and recommended location monitoring with a curfew. The court denied the bond modification proposed by defense and the government and adopted pretrial services recommendation for location monitoring with a curfew.