UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

      -V-                                    ORDER

ROBERT BARKSDALE                         24-CR-428

                Defendant

----------------------------------------------------------X

      Upon the application of Robert Barksdale, by Charles V. Millioen, Esq. with Federal Defenders of New York, it is hereby,

      ORDERED that Robert Barksdale's bond be modified with the following conditions:

1) Converting home detention to a curfew that permits Mr. Barksdale to leave his residence for 12 hours per day, as directed by the United States Pretrial Services Agency for the Eastern District of New York;

2) Permitting Mr. Barksdale to attend funeral services on May 31, 2025, from 12:00 pm to 4:00 pm at 491 Dekalb Avenue, Brooklyn, NY, 11205, and a repass meal from 4:00 pm to 11:00 pm at 31 Truxton Street, Brooklyn, NY, 11233. Mr. Barksdale shall travel directly from his home to the services and then directly home after the repass meal. Mr. Barksdale shall provide Pretrial Services with any requested information relating to the event and adhere to the itinerary provided to Pretrial Services.

Dated: Brooklyn, New York
     May 28, 2025

                                  SO ORDERED

                                  *Brian M. Cogan*

                                  Honorable Brian M. Cogan
                                  United States District Judge
                                  Eastern District of New York